The judgment is reformed in that particular, and, as so reformed, it is affirmed.

## M. L. MOONEY v. STATE.
### No. 14045.

Court of Criminal Appeals of Texas.

Jan. 28, 1931.

Hamilton, Fitzgerald & Grundy, of Memphis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for theft of cattle; punishment, two years in the penitentiary.

We find in this record an affidavit made by the appellant in due form, requesting that his appeal be dismissed. The request is granted.

The appeal is dismissed.

## Jack OSBORN v. STATE.
### No. 14163.

Court of Criminal Appeals of Texas.

Jan. 28, 1931.

Martin, Shipman & Winters, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for driving an automobile while intoxicated; punishment being confinement in the county jail for sixty days and a fine of $100.

Appellant has filed in this court his affidavit stating that he wishes to withdraw his appeal and accept sentence, and, at his request, the appeal is dismissed.

## R. H. SCHROEDER v. STATE.
### No. 14080.

Court of Criminal Appeals of Texas.

Jan. 14, 1931.

Carl T. Harper, of Madisonville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The unlawful possession of intoxicating liquor for the purpose of sale is the offense; penalty, confinement in the penitentiary for one year.

The indictment is regular. A plea of guilty was entered. The record is before us without statement of facts and bills of exception. No fundamental error has been discovered or pointed out.

The judgment is affirmed.

## Jenneth SMITH v. STATE.
### No. 14101.

Court of Criminal Appeals of Texas.

Jan. 14, 1931.

Haynes Shannon, of Navasota, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

1118

LATTIMORE, J.

Conviction for possession of intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

The record is here without any statement of facts or bills of exception. The indictment, the charge of the court, the judgment, and sentence appear to be regular.

No error appearing, the judgment will be affirmed.